# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc. *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Alliance Entertainment, LLC, <br><br> Plaintiff, <br> v. <br><br> Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch, <br><br> Defendants. | Adv. Proc. No. 25-_____ |

## **CORPORATE OWNERSHIP STATEMENT**

Pursuant to the Federal Rule of Bankruptcy Procedure 7007.1, Plaintiff Alliance Entertainment, LLC, by and through its undersigned counsel, states that it is wholly-owned by Project Panther Acquisition Corporation, a Delaware corporation, which is wholly-owned by AENT Corporation, a Delaware corporation, which is wholly-owned by Alliance Entertainment Holding Corporation, a Delaware corporation ("Parent"). Parent is a publicly traded company that is listed on NASDAQ under the ticker symbol "AENT".

[*Signatures appear on next page.*]

Dated: April 29, 2025

/s/ *Jonathan A. Grasso*
Jonathan A. Grasso, 19278
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-5972
jgrasso@yvslaw.com

-and-

S. Jason Teele (Admitted Pro Hac Vice)
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-4779
steele@sillscummis.com

*Counsel for Alliance Entertainment, LLC*