# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc. *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Alliance Entertainment, LLC, | |
| Plaintiff, | |
| v. | |
| Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch, | Adv. Proc. No. 25-00112 (DER) |
| Defendants. | |
| Diamond Comic Distributors, Inc. and Diamond Select Toys & Collectibles, LLC, | |
| Counterclaim Plaintiffs, | |
| v. | |
| Alliance Entertainment, LLC, | |
| Counterclaim Defendant. | |

**LINE REGARDING RULE 26(F) CONFERENCE AND
DEFENDANTS' POSITION ON DISCOVERY TIMELINE**

Defendants Charlie Tyson and Dan Hirsch (the "Defendants") file this Line Regarding Rule 26(f) Conference and Position on Discovery Timeline. A letter from counsel for Defendants together with Defendants' proposed Rule 26(f) Report is attached hereto as **Exhibit A**.

1

Dated: February 25, 2026

**COLE SCHOTZ P.C.**

By: */s/ H.C. Jones, III*
H.C. Jones, III, Esq. (Bar No. 20064)
1201 Wills Street, Suite 320
Baltimore, MD 21231
Telephone: (410) 230-0660
Facsimile: (410) 230-0667
hjones@coleschotz.com

-and-

G. David Dean, Esq. (Bar No. 26987)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
ddean@coleschotz.com

-and-

Kori L. Pruett, Esq. (admitted *pro hac vice*)
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
kpruett@coleschotz.com

*Counsel for Defendants Charlie Tyson and Dan Hirsch*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 25th day of February 2026, notice of filing the Line Regarding Rule 26(f) Conference and Alliance Entertainment, LLC's Position on Discovery Timeline was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list, and via electronic mail to the parties on the attached service list.

           */s/ H.C. Jones, III*
           H.C. Jones, III

**The following parties received the filing by electronic mail:**

Zvi Guttman, Esquire
(zvi@zviguttman.com)
Counsel for Chapter 7 Trustee
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland  21282

Morgan W. Fisher, Esquire
(mwf@morganfisherlaw.com)
Law Offices of Morgan Fisher, LLC
18 West Street
Annapolis, Maryland 21401

Drew M. Dilworth, Esquire
Eric J. Silver, Esquire
(ddilworth@stearnsweaver.com)
(esilver@stearnsweaver.com)
Stearns Weaver Miller et al.
150 West Flagler Street, Suite 2200
Miami, Florida  33130

Darrell Payne, Esquire;
Veronica de Zayas, Esquire
(dpayne@stearnsweaver.com)
(vdezayas@stearnsweaver.com)
Stearns Weaver Miller et al.
150 West Flagler Street, Suite 2200
Miami, Florida  33130

**The following parties received CM/ECF notice of the filing:**

Mark L. Desgrosseilliers, Esquire
(desgross@chipmanbrown.com)
Counsel for Getzler Henrich & Assoc.
Chipman Brown Cicero & Cole LLP
1313 North Market Street, Suite 5400
Wilmington, Delaware  19810

Randy Moonan, Esquire
(rmoonan@sillscummis.com)
Counsel for Plaintiff
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York  10178

S. Jason Teele, Esquire
(steele@sillscummis.com)
Counsel for Plaintiff
Sills Cummis & Gross
One Riverfront Plaza
Newark, New Jersey  07102

Jordan Rosenfeld, Esquire
(jordan.rosenfeld@saul.com)
Counsel for Defendants
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, Maryland  21202-4359

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Plaintiff
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Matthew G. Summers, Esquire
(summersm@ballardspahr.com)
Counsel for Raymond James & Assoc.
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Baltimore, Maryland  21202