**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |
| Alliance Entertainment, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch, <br><br> Defendants. | Adv. Proc. No. 25-00112 (DER) |
| Diamond Comic Distributors, Inc. and Diamond Select Toys & Collectibles, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> Alliance Entertainment, LLC, <br><br> Counterclaim Defendant. | |

**NOTICE AND CERTIFICATE OF SERVICE OF DISCOVERY**

I HEREBY CERTIFY that on the 6th day of May, 2026, Trustee Morgan Fisher's Responses and Objections to Plaintiff's First Set of Requests for Production to Debtors was served by electronic mail upon:

Jonathan A. Grasso
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
jgrasso@yvslaw.com

S. Jason Teele
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, New Jersey 07102
steele@sillscummis.com

Randy Moonan
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
rmoonan@sillscummis.com

*Counsel for Alliance Entertainment, LLC*

Matthew G. Summers
111 S. Calvert Street, 27th Floor
Baltimore, Maryland 21202
summersm@ballardspahr.com

*Counsel for Raymond
James & Associates, Inc.*

Mark L. Desgrosseilliers
Robert A. Weber
Kelly E. Rowe
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
desgross@chipmanbrown.com
weber@chipmanbrown.com
rowe@chipmanbrown.com

*Counsel for Getzler Henrich & Associates,
LLC; Robert Gorin*

G. David Dean, II
Cole Schotz P.C.
500 Delaware Avenue Suite 1410
Wilmington, Delaware 19801
ddean@coleschotz.com

Harry Conrad Jones, III
Cole Schotz P.C.
1201 Wills Street Suite 320
Baltimore, Maryland 21231
HJones@coleschotz.com

Kori Pruett
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
kpruett@coleschotz.com

*Counsel for Charlie Tyson; Dan Hirsch*

Zvi Guttman
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282
zvi@zviguttman.com

*Counsel for Morgan Fisher*

Date:  May 7, 2026

Respectfully submitted,

 /s/ Jean E. Lewis
David J. Shuster (Bar No.: 23120)
Jean E. Lewis (Bar No.: 27562)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
dshuster@kg-law.com
jlewis@kg-law.com

*Attorneys for Defendant/Counterclaim Plaintiff Morgan W. Fisher, Chapter 7 Trustee (the "Trustee"), as duly appointed representative of Debtors Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of May, 2026, this document was electronically filed and served on all counsel of record via the Court's CM/ECF system.

/s/ Jean E. Lewis
Jean E. Lewis (Bar No.: 27562)

3

4935-5370-5897, v. 1