# CERTIFICATE OF SERVICE

I hereby certify that, on November 24, 2026, a true and correct copy of the foregoing *Joint Stipulation and Proposed Order to Further Modify Scheduling Order* was served upon all parties that are registered to receive electronic mail service through the court's ECF notice system in the above case.

*/s/ Matthew G. Summers*
Matthew G. Summers (MD Bar No. 26572)