Entered: November 25th, 2026

Signed: November 25th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,[1]<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Alliance Entertainment, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; Diamond Select Toys & Collectibles, LLC; Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch,<br><br>Defendants. | Adv. Proc. No. 25-00112 (DER) |
| Diamond Comic Distributors, Inc and Diamond Select Toys & Collectibles, LLC;<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>Alliance Entertainment, LLC,<br><br>Counterclaim Defendant. | |

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

**JOINT STIPULATION AND PROPOSED ORDER**
**TO FURTHER MODIFY SCHEDULING ORDER**

Plaintiff Alliance Entertainment, LLC ("Plaintiff"), Defendant Morgan W. Fisher, Chapter 7 Trustee (the "Trustee"), as duly appointed representative of Debtors Diamond Comic Distributors, Inc.; Comic Holdings, Inc.; Comic Exporters, Inc.; and Diamond Select Toys & Collectibles, LLC, and Defendants Diamond Comic Distributors, Inc., Comic Holdings, Inc., Comic Exporters, Inc., Diamond Select Toys & Collectibles, LLC, Raymond James & Associates, Inc., Getzler Henrich & Associates LLC, Robert Gorin, Charlie Tyson, and Dan Hirsch (collectively, "Defendants," and together with Plaintiffs and the Trustee, the "Parties"), through their undersigned counsel, and subject to the approval of this Court, stipulate and agree as follows:

1. Following the resolution of the Defendants' respective motions to dismiss the Complaint of Plaintiff, this Court entered a scheduling order on March 5, 2026 (ECF No. 62) (the "Scheduling Order").

2. Following the entry of the Scheduling Order, the parties timely exchanged written discovery requests, and entered into a stipulated protective order that was approved by this Court on April 10, 2026 (ECF No. 83).

3. On August 21, 2026, the Parties filed a consent motion to modify the Scheduling Order (ECF No. 101).

4. This Court entered the *Order Modifying the Scheduling Order* on September 1, 2026 (ECF No. 102) (the "Modified Scheduling Order").

5. This is a document-intensive case and, pursuant to the Discovery Guidelines included as Appendix C to the Local Rules of this Court, the parties have conferred and worked together in good faith to craft search terms to ease the burden of searching through the hundreds of thousands of documents potentially responsive to the parties' respective discovery requests.

6. Due to the nature of the Debtors' business, the collection, review, and identification of responsive documents has been an iterative process that has required steady refinement and engagement between the parties.

7. The parties have worked diligently to review documents, refine their respective proposed search terms, and balance the needs of this case against the burden of searching through scores of non-responsive and irrelevant documents.

8. Despite their diligence, due to the volume of documents with which they continue to work, the parties desire and need additional time to review and produce documents and, in turn, to review each other's document productions in preparation for depositions and dispositive motions practice.

9. Therefore, subject to the approval of the Court, the Parties agree that Modified Scheduling Order be modified as follows:

a. The Substantial Document Completion Deadline shall be extended from November 27, 2026 to December 11, 2026.

IT IS STIPULATED AND AGREED by the parties through their undersigned counsel, and hereby Ordered by this Court, that the above-referenced deadlines are extended.

[*Signature page follows*]

Dated: November 24, 2026

Respectfully submitted,

*/s/ Matthew G. Summers*
Matthew G. Summers (MD Bar No. 26572)
**BALLARD SPAHR LLP**
111 S. Calvert Street, 27th Floor
Baltimore, MD 21202-6174
Telephone: (410) 528-5600
Facsimile: (410) 528-5650
E-mail: summersm@ballardspahr.com

-and-

Nicholas J. Brannick (admitted *pro hac vice*)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: brannickn@ballardspahr.com

*Counsel to Raymond James & Associates, Inc.*

*/s/ Kelly E. Rowe*
Mark L. Desgrosseilliers (MD Bar No. 25945)
Robert A. Weber (MD Bar No. 10105)
Kelly E. Rowe (MD Bar No. 31726)
Gregory Stuhlman (admitted *pro hac vice*)
**Chipman Brown Cicero & Cole LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19810
Telephone: (302) 295-0192
Facsimile: (302) 295-0199
E-mail: desgross@chipmanbrown.com
weber@chipanbrown.com
rowe@chipmanbrown.com
stuhlman@chipmanbrown.com

*Counsel to Getzler Henrich & Associates LLC and Robert Gorin*

*/s/ Jean E. Lewis*
Jean E. Lewis (MD Bar No. 27562)
David J. Shuster (MD Bar No. 23120)
**Kramon & Graham, P.A.**
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Telephone: (410) 752-6030
E-mail: jlewis@kg-law.com
dshuster@kg-law.com

*Counsel to Morgan Fisher, Trustee*

*/s/ H.C. Jones, III* ____________
H.C. Jones, III (MD Bar No. 20064)
**Cole Schotz P.C.**
1201 Wills Street, Suite 320
Baltimore, MD 21231
Telephone: (410) 230-0660
Facsimile: (410) 230-0667
E-mail: hjones@coleschotz.com

-and-

G. David Dean, II (MD Bar No. 26987)
**Cole Schotz P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 651-2012
Facsimile: (302) 574-2103
E-mail: ddean@coleschotz.com

-and-

Kori Pruett (admitted *pro hac vice*)
**Cole Schotz P.C.**
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
E-mail: kpruett@coleschotz.com

*Counsel to Charlie Tyson and Dan Hirsch*

*/s/ Jonathan A. Grasso* ________________
Jonathan A. Grasso (MD Bar No. 19278)
**YVS Law, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
Telephone: (443) 569-0758
Facsimile: (410) 571-2798
E-mail: jgrasso@yvslaw.com

-and-

Randy Moonan (admitted *pro hac vice*)
**Sills Cummis & Gross P.C.**
101 Park Ave, 28th Floor
New York, NY 10178
Telephone: (212) 643-7000
E-mail: rmoonan@sillscummis.com

-and-

S. Jason Teele (admitted *pro hac vice*)
**Sills Cummis & Gross**
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-4779
E-mail: steele@sillscummis.com

*Counsel to Alliance Entertainment, LLC*